UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20908-Cr-Seitz/McAliley

UNITED STATES OF AMERICA,
    Plaintiff,

v.

RICHARD SCHARFENBERG, et al.,
    Defendants.
_____/

### ORDER TO RETURN PASSPORT

THIS CAUSE having come on to be heard upon Defendant Richard Scharfenberg's *Ore Tenus* Motion for Return of Passport, and the court having heard argument of counsel and otherwise being fully advised in the premises, it is hereby

ORDERED and ADJUDGED the Motion for Return of Passport is GRANTED. The United States Probation Office is directed to return the passport of Richard Scharfenberg to him forthwith.

DONE AND ORDERED in open court at Miami, Miami-Dade County, Florida this 22nd day of May, 2008.

                                            _____
                                            PATRICIA A. SEITZ
                                            U. S. District Judge

Copies furnished to:
Sale & Weintraub, P.A.
Scott M. Edenfield, AUSA
U.S. Probation Office